UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANA DEGRACA, MARIA SOARES, | ) |
| Plaintiffs, | ) |
| v. | ) Docket No.: 1:13-cv-12432-MLW |
| UNO RESTAURANTS, LLC, LOUIE PSALLIDAS, as its manager, and GEORGE W. HERZ II, as its manager, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii) hereby stipulate and agree that all claims brought by Plaintiffs in this action shall hereby be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees, and waiving interest and all rights to appeal.

Dated: February 13, 2014

ANA DEGRACA AND MARIA SOARES

By their attorney

/s/ Sonja L. Deyoe
Sonja L. Deyoe, Esq. BBO665991
Law Offices of Sonja L. Deyoe
395 Smith Street
Providence RI 02908
T: 401-864-5877
F: 401-354-7464
SLD@the-straight-shooter.com

Respectfully submitted,

UNO RESTAURANTS, LLC, LOUIE
PSALLIDAS, and GEORGE W. HERZ II

By their attorneys,

VROUNTAS, AYER & CHANDLER, P.C.

/s/ *Christopher T. Vrountas*
Christopher T. Vrountas, Esq. BBO556993
Adam J Chandler, Esq.  BBO655201
250 Commercial Street Suite 4004
Manchester, NH 03101
Telephone: 603-782-8444
Fax: 603-518-7617
cvrountas@vaclegal.com
achandler@vaclegal.com

# CERTIFICATE OF SERVICE

   I hereby certify that on this date, I filed the foregoing "Stipulation of Dismissal with Prejudice" with the Clerk of the Court by CM/ECF system and to the following counsel of record. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Christopher T. Vrountas, Esq.
Adam J Chandler, Esq.
250 Commercial Street Suite 4004
Manchester, NH 03101
Telephone: 603-782-8444
Fax: 603-518-7617
cvrountas@vaclegal.com
achandler@vaclegal.com

Date: February 14, 2014      /s/ *Sonja L. Deyoe*
                 Sonja L. Deyoe, Esq.